NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KAREN URBANIK, )
)
      Appellant, )
)
v. )     Case No. 2D17-1826
)
DEEP LAKE OPS, LLC, a Florida limited )
liability company; BLUE SPOON, LLC, a )
Florida limited liability company; BRIAN W. )
JONES, individually; MICHELLE A. JONES, )
individually; and MICHAEL URBANIK, )
)
      Appellees. )
_____)

Opinion filed June 20, 2018.

Appeal from the Circuit Court for Collier
County; James Shenko, Judge.

Casey K. Weidenmiller and Jessica F. Tolin
of Woods, Weidenmiller, Michetti, Rudnick
& Galbraith, PLLC, Naples, for Appellant.

Andrew J. Wozniak of Wood, Buckel &
Carmichael, Naples, for Appellee Deep
Lake Ops, LLC.

No appearance for remaining Appellees.

PER CURIAM.

      Affirmed.

BLACK, SLEET, and SALARIO, JJ., Concur.